PETER BORGWALD *v.* HERMAN'S PANTS POCKETS, INC.
(3735)

DUPONT, C. J., BORDEN and SCHALLER, Js.

Argued November 26—decision released December 17, 1985

*Hugh I. Manke,* with whom, on the brief, was *David A. Reif,* for the appellant (plaintiff).

*Steven G. Mednick,* with whom, on the brief, was *Peter F. Culver,* for the appellee (defendant).

PER CURIAM. There is no error.